## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOE H. COOK, III**
**ADC # 134641**                                                                     **PLAINTIFF**

**v.**                        **Case No. 4:22-cv-00577-KGB-ERE**

**CLYDE DANIELS,** *et al.*                                                **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 17). Neither party filed objections, and the deadline to file objections has passed. Judge Ervin recommends granting defendants Clyde Daniels and Frederick Adams' motion to dismiss (Dkt. Nos. 8; 17). After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice this case.

It is so ordered this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge